# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLUMBUS LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON TRUST, N.A., as Securities Intermediary,<br><br>Defendant. | No. 2:20-cv-07959<br><br>Hon. John Michael Vazquez, U.S.D.J<br>Hon. José R. Almonte, U.S.M.J. |
| WILMINGTON TRUST, N.A., as Securities Intermediary,<br><br>Counterclaim-Plaintiff,<br><br>v.<br><br>COLUMBUS LIFE INSURANCE COMPANY,<br><br>Counterclaim-Defendant. | **JOINT NOTICE OF MOTION TO SEAL MATERIALS** |

**PLEASE TAKE NOTICE** that on October 2, 2023, at 9:00 A.M., or as soon thereafter as counsel may be heard, the undersigned, counsel for Plaintiff and Counterclaim-Defendant, Columbus Life Insurance Company ("Plaintiff"), and counsel for Non-Parties Viva Capital 4, L.P., Blackstone Tactical Opportunities Advisors LLC, and Preston Ventures LLC (together, the "Non-Parties"), in the

316409593.2

above-captioned action, shall move before the Honorable José R. Almonte, United States Magistrate Judge, at the United States District Court for the District Court of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order in the form annexed hereto, pursuant to Local Civil Rule 5.3, to seal in part the Non-Parties' Brief in Support of Appeal of Magistrate Judge Order dated June 16, 2023 (ECF No. 105), Plaintiff's Brief in Response to Non-Parties' Appeal (ECF No. 114), and Non-Parties' Reply Brief in Further Support of Appeal (ECF No. 116).

**PLEASE TAKE FURTHER NOTICE** that the parties shall rely upon the Certification of Loly G. Tor in Support of the Joint Motion to Seal Materials.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order including proposed findings of fact and conclusions of law is supplied herewith.

Dated: August 28, 2023

Respectfully submitted,

OF COUNSEL:

**K&L GATES LLP**

Harry S. Davis
Robert E. Griffin
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, NY  10022
(212) 756-2000

By: *s/Loly G. Tor*
Loly G. Tor
One Newark Center, 10th Fl.
Newark, NJ 07102
P: 973-848-4000
F: 973-848-4001
loly.tor@klgates.com

*Attorneys for Non-Parties Viva Capital 4, L.P., Blackstone Tactical*

316409593.2

*Opportunities Advisors LLC, and Preston Ventures LLC*

COZEN O'CONNOR

By: */s/ Brian D. Burack*
    Brian D. Burack, Esq. (047782001)
    COZEN O'CONNOR
    One Liberty Plaza
    1650 Market Street, Suite 2800
    Philadelphia, PA  19103
    Phone: 215-665-2000
    Facsimile: 215-372-2349
    *Attorneys for Plaintiff and Counterclaim Defendant, Columbus Life Insurance Company*